DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLARENCE MARTIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2068

[December 16, 2021]

Appeal of order denying rule 3.850 from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 16-008462CF10A.

Clarence Martin, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH, and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***